HONORABLE ANN AIKEN

R. Darrin Class, OSB # 970101
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205
PH: 503-206-4313
FAX:  855-344-1726
darrin@roylawgroup.com

Attorneys for Plaintiff, Kristin Heredia

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KRISTIN HEREDIA, | Case No. 6:22−cv−01063−AA |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

THE COURT having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees.

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed no later than 60 days from the date of this Order.

DATED  March 31, 2023          .

        /s/Ann Aiken
        ANN AIKEN
        United States District Judge

Submitted By:

R. Darrin Class, OSB# 970101
Roy Law Group
503-206-4313
Attorney for Plaintiff, Kristen Heredia


Sarah E. Swale, Admitted Pro Hac Vice
Jensen Morse Baker PLLC
206-682-1550
Attorneys for Defendant, Aetna Life Insurance Company

*Kristin Heredia v. Aetna Life Insurance Company*
Case No. 6:22−cv−01063−AA
ORDER OF DISMISSAL
Page 2 of 2